

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TX
12:30 pm, Sep 28, 2015
KEITH E. HOTTLE
CLERK OF THE COURT

# Fourth Court of Appeals

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known:_____

Trial Court Style: METSO MINERALS INSDUSTRIES, INC VS. MAVERICK AGGREGATE, INC

Trial Court No.: 12-09-27789-MCVAJA

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was:_____
The record was originally due: 09/11/2015
I anticipate the length of the record to be: 206

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☐ Other. Explain [attach additional pages if needed]: Exemption due to not having infrastructure to
File electronic documents at this time.

I anticipate the record will be completed by: _____

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed

Date: 09/14/2015          Signature:_____
                          Printed
                          Name: Leopoldo Vielma

                          Title: Maverick County District Clerk

Rev. 1.8.14



# MAVERICK COUNTY COURTHOUSE
**Leopoldo Vielma, District Clerk**
500 Quarry Street, Suite 5
Eagle Pass, Texas 78852-4528
830-773-2629
830-773-4439 FAX



## FAX

■■■■■■■■─■─■─■─■─■─■─■─■─■─■─■─■─■─■─■─■─■─■─■─■─■─■─■─■─■─■■■■■■■■■

To:          ___Elizabeth Montoya ___

Fax:        ___210-735-6889 _____

Date:  .   ____09/23/2015_____

From:      ____Leopoldo Vielma __

Subject:  _Notification of late record_

※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※

Please review attached document. If any questions please let us know.

Thank you,

Sending a total of _2_ pages, including this fax sheet. If you do not receive all pages,
Please call 830-773-4439